**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Morgan Thacker, Nathaniel Green, and John Doe,
Defendants,

Of whom Morgan Thacker is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001826

---

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2025-UP-201
Submitted May 27, 2025 – Filed June 20, 2025

---

**AFFIRMED**

---

Adam Gabriel Touma, of Greenville; and Harry A. Hancock, of Columbia, both for Appellant.

Amanda Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litem.

—————————

**PER CURIAM:**  Morgan Thacker appeals the family court's final order finding she physically abused and physically neglected her minor child (Child) and terminating her parental rights to Child.  *See* S.C. Code Ann. § 63-7-1660(E) (2010) (setting forth findings a family court must make when removing a child from the custody of a parent); S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's rulings and relieve Thacker's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and GEATHERS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.